P. F. Cunningham, appellant, v. Wallace S. Clark et al., trading as A. R. Clark & Company, appellees. Gen. No. 25,317.

Action on contract to recover for labor and materials furnished. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed November 4, 1920.

Clithero & Swett, for appellant. J. S. Baily, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

Clarke-McElroy Publishing Company, appellant, v. Chicago Hebrew Institute, appellee. Gen. No. 25,329.

Garnishment proceedings. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in this court at the October term, 1919. Reversed and judgment here. Opinion filed November 4, 1920. Rehearing denied November 16, 1920.

Norman K. Anderson, Benjamin Clark and Robert J. Scott, for appellant. Israel Cowen, Nathan D. Kaplan and Jacob Kaplan, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Frank M. Minninger, appellee, v. J. H. Hawkins, appellant. Gen. No. 25,377.

Action for injuries to pedestrian struck by automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Bowles & Bowles, for appellant. Busch, Leesman & Roemer and George D. Wellington, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Joe Cavagnaro, appellant, v. City of Chicago, appellee. Gen. No. 25,399.

Action to recover for injuries caused by lifting of bridge. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed November 4, 1920.

Matthew J. O'Brien, for appellant; Thomas M. Poynton, of counsel. Samuel A. Ettelson and William H. Devenish, for appellee; Robert H. Farrell, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Philip Hecht by David P. Schultz, appellee, v. Samuel Feld, appellant. Gen. No. 25,408.

Action of forcible detainer for possession of a hallway. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed November 4, 1920.

Andalman & Cohen and Philip B. Leviton, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.